Case 2:17-cr-00223-KJD-PAL   Document 6   Filed 11/01/16   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### ____ District of Nevada

RECEIVED
____ ENTERED          ____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

NOV - 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:16-mj-734-CWH |
| Howard Williams ) | Charging District: E.D. of Washington |
| *Defendant* ) | Charging District's Case No. 2:15-cr-123-SMJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court Spokane, WA | Courtroom No.: Judge Rodgers Courtroom |
|---|---|
| | Date and Time: Nov. 16, 2016, 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 1, 2016

_____
Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*